IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

        Plaintiff,        No. 2:08-cv-0736 MCE JFM (PC)

    vs.

D. SILBAUGH, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed May 29, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 16, 2008, plaintiff submitted the USM-285 forms but failed to submit three copies of the April 7, 2008 complaint. On June 19, 2008, plaintiff filed a notice of submission of documents, but failed to provide any documents.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on April 7, 2008; and

/////

1

1  2. Within thirty days, plaintiff shall submit to the court the three copies of the
2 April 7, 2008 complaint required to effect service. Failure to return the copies within the
3 specified time period will result in a recommendation that this action be dismissed.
4 DATED: July 2, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
dent0736.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

        Plaintiff,                No. 2:08-cv-0736 MCE JFM (PC)

    vs.

D. SILBAUGH, et al.,

        Defendants.        <u>NOTICE OF SUBMISSION</u>

_____/       <u>OF DOCUMENTS</u>

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

       ____ copies of the _____
                        April 7, 2008 Complaint

DATED:

                                          _____
                                          Plaintiff