IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

      Plaintiff,                  No. 2:08-cv-0736 MCE JFM P

   vs.

D. SILBAUGH, et al.,              <u>ORDER AND</u>

      Defendants.          <u>ORDER TO SHOW CAUSE</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's first amended complaint. On October 1, 2008, plaintiff filed a motion for leave to file a second amended complaint pursuant to Fed. R. Civ. P. 15. On October 3, 2008, defendants filed a motion to dismiss pursuant to the unenumerated provisions of Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 12(b)(6).

      Pursuant to this court's July 30, 2008 order, both motions are to be briefed in accordance with the provisions of Local Rule 78-230(m). Order, filed July 30, 2008, at 3. Under that rule, an opposition to a motion is due twenty-one days after service of the motion. The twenty-one day period has expired and defendants have not responded in any way to plaintiff's motion. Good cause appearing, defendants will be ordered to show cause in writing why plaintiff's motion to amend should not be granted.

1

On October 22, 2008, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion to dismiss.  Good cause appearing, plaintiff's motion for an extension of time will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order defendants shall show cause in writing, if any they have, why plaintiff's October 1, 2008 motion to amend should not be granted;

2. Plaintiff's October 22, 2008 motion for an extension of time is granted;

3. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' October 3, 2008 motion to dismiss; and

4. Defendants' reply, if any, shall be filed and served not later than seven days thereafter.

DATED: November 3, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
dent0736.36