IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

     Plaintiff,                    No. CIV S-08-0736 MCE JFM P

    vs.

D. SILBAUGH, et al.,

     Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 9, 2008, the court determined that plaintiff's amended complaint stated cognizable claims for relief against defendants D. Silbaugh and H. Murthy and directed defendants to respond to the first amended complaint. On October 1, 2008, plaintiff filed a motion for leave to file a second amended complaint. On October 3, 2008, defendants Silbaugh and Murthy filed a motion to dismiss the first amended complaint.

        By order filed November 4, 2008, defendants were directed to show cause in writing why plaintiff's motion to amend should not be granted. On November 13, 2008, defendants filed a statement of non-opposition to plaintiff's motion to amend and withdrawal of their motion to dismiss. Good cause appearing, plaintiff's motion to amend will be granted.

1

1        The court has screened the second amended complaint pursuant to 28 U.S.C. § 1915A and find that it states cognizable claims for relief against defendants Silbaugh and Murthy. Accordingly, defendants Silbaugh and Murthy will be directed to respond to the second amended complaint within ten days from the date of this order.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 1, 2008 motion to amend is granted;

       2. The Clerk of the court is directed to file and docket the second amended complaint attached to plaintiff's October 1, 2008 motion to amend as a separate docket entry;

       3. Defendants' October 3, 2008 motion to dismiss is withdrawn;

       4. Plaintiff's second amended complaint states a cognizable claim for relief against defendants D. Silbaugh and H. Murthy; and

       5. Within ten days from the date of this order Defendants Silbaugh and Murthy shall respond to the second amended complaint.

DATED: November 17, 2008.

UNITED STATES MAGISTRATE JUDGE

12
dent0736.2am