IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

        Plaintiff,                    No. CIV S-08-0736 MCE JFM P

    vs.

D. SILBAUGH, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 18, 2008, the court determined that plaintiff's second amended complaint stated cognizable claims for relief against defendants D. Silbaugh and H. Murthy and directed defendants to respond to the second amended complaint. On November 26, 2008, defendants Silbaugh and Murthy filed a motion to dismiss the second amended complaint. On December 12, 2008, plaintiff filed an opposition to defendants' motion to dismiss.

        On April 8, 2009, plaintiff filed a motion for leave to file a third amended complaint together with a proposed third amended complaint. On April 27, 2009, defendants filed a statement of non-opposition to plaintiff's motion to amend and a notice of withdrawal of

/////

1

their motion to dismiss the second amended complaint. Therein, defendants request that the court screen the third amended complaint pursuant to 28 U.S.C. § 1915A.

The court has screened the third amended complaint pursuant to 28 U.S.C. § 1915A and find that it states cognizable claims for relief against defendants Silbaugh and Murthy.[1] Accordingly, defendants Silbaugh and Murthy will be directed to respond to the third amended complaint within ten days from the date of this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' November 26, 2008 motion to dismiss is withdrawn;

2. Plaintiff's April 8, 2009 motion to amend is granted;

3. Plaintiff's third amended complaint states a cognizable claim for relief against defendants D. Silbaugh and H. Murthy; and

4. Within ten days from the date of this order Defendants Silbaugh and Murthy shall respond to the third amended complaint.

DATED: April 30, 2009.

UNITED STATES MAGISTRATE JUDGE

12
dent0736.3am

---

[1] Although it is not entirely clear, it appears that plaintiff may have named the city of Vacaville, California as a defendant in his third amended complaint because the events at bar took place at California Medical Facility (CMF), which is located in Vacaville. The allegations of the complaint do not implicate any municipal policy of the city of Vacaville nor do they implicate acts or omissions by any agent or employee of the city. For these reasons, the city of Vacaville is not a proper defendant in this action.

2