IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

        Plaintiff,                    No. 2:08-cv-0736 MCE JFM (PC)

    vs.

D. SILBAUGH, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2010, plaintiff filed a request for three "unincarcerated subpoenas" and a travel expense form. The court construes this as a request for documents necessary to obtain the attendance of unincarcerated witnesses at trial. Plaintiff is informed that the court will set dates for pretrial conference and jury trial, as appropriate, by subsequent order of court. Plaintiff's request for subpoena forms for trial witnesses is premature and will be denied without prejudice to its renewal at a subsequent stage of these proceedings.

/////

/////

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's March
2 23, 2010 request is denied without prejudice.
3 DATED: April 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
dent0736.o