IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH DENT,

     Plaintiff,                    No. 2:08-cv-0736 MCE JFM (PC)

   vs.

D. SILBAUGH, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983. On July 21, 2010, plaintiff filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

1    On July 27, 2010, defendant filed a request for a fifty day extension of time to file a reply brief in support of his motion for summary judgment. Good cause appearing, defendant's request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 21, 2010 motion for appointment of counsel is denied;

2. Defendant's July 27, 2010 motion for extension of time is granted; and

3. Defendant is granted an extension of time to and including September 17, 2010 in which to file a reply brief in support of his motion for summary judgment.

DATED: August 2, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
dent0736.31