1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRIAN KEITH DENT,

12              Plaintiff,                    No. 2:08-cv-0736 MCE JFM (PC)

13         vs.

14    D. SILBAUGH, et al.,                    ORDER

15              Defendants.

16    _____/

17              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18    42 U.S.C. § 1983.  On March 2, 2011, plaintiff moved for an extension of time to file objections

19    to the magistrate judge's February 18, 2011 findings and recommendations.  That motion was

20    granted by the undersigned in an order filed on March 21, 2011, which gave plaintiff an

21    additional forty-five days in which to file objections to the findings and recommendations.  The

22    record reflects that plaintiff filed objections on March 17, 2011.  Good cause appearing,

23    plaintiff's March 17, 2011 objections will be deemed timely filed and that part of the March 21,

24    2011 order which granted plaintiff forty-five days from the date of that order to file objections

25    will be vacated as moot.

26    ///

1

The magistrate judge's findings and recommendations granted a period of ten days from service of the objections to file a reply to the objections.  This court's March 21, 2011 order granted defendants a period of seven days from the filing of plaintiff's objections to file a reply.  Good cause appearing, the court will order that any reply to plaintiff's objections be filed and served not later than March 28, 2011.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's March 17, 2011 objections are deemed timely filed;

2.  That part of this court's March 21, 2011 order which granted plaintiff an additional period of forty-five days from the date of the order in which to file and serve objections to the findings and recommendations is vacated; and

3. Defendants' reply, if any, shall be filed and served not later than March 28, 2011.

Dated:  March 23, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE